IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ROGER MALOCH,

     Appellant,

v.

     Case No. 5D21-2493
     LT Case No. 2007-DR-0920

LAURA DAVIS F/K/A LAURA MALOCH,

     Appellee.

_____/

Decision filed May 12, 2023

Appeal from the Circuit Court
for St. Johns County,
Joan Anthony, Judge.

William S. Graessle, of William S.
Graessle, P.A., Jacksonville, for
Appellant.

Rebecca Bowen Creed, of Creed &
Gowdy, P.A., Jacksonville, for
Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., and EDWARDS, J., concur.
EISNAUGLE, J., concurring in part and dissenting in part, with opinion.

EISNAUGLE, J., concurring in part and dissenting in part.

Former Husband argues, *inter alia*, that a miscalculation of alimony appears on the face of the judgment. I agree, but I cannot discern if the miscalculation is in the trial court's assessment of Former Wife's need or in the alimony amount itself. Therefore, I would reverse for the trial court to reconsider both calculations. *See Poropat v. Poropat*, 54 So. 3d 507, 508 (Fla. 5th DCA 2010) ("[W]e reverse and remand to the trial court to correct the mathematical error which is reflected on the face of the order." (citation omitted)). I would otherwise affirm.